# Court of Appeals
# of the State of Georgia

ATLANTA, _April 18, 2019_

*The Court of Appeals hereby passes the following order:*

**A19I0206. MICHAEL COTO et al. v. THE TRUSTEES OF THE BRIDGES OF HOPE CHARITABLE TRUST et al.**

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby GRANTED. The Appellant may file a Notice of Appeal within 10 days of the date of this order. The Clerk of Superior Court is directed to include a copy of this order in the record transmitted to the Court of Appeals.

LC NUMBERS:
17V8257



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,_04/18/2019_*
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_Stephen E. Castlen_____ *, Clerk.*